UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

LATIFAH NICAISSE,

                    Plaintiff,

                    v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

                    Defendant.

-----------------------------------------------------------x

Case No.  15-cv-05458

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Latifah Nicaisse and her counsel hereby give notice that she voluntarily dismiss her claim against the Defendant with prejudice.

Dated:  February 19, 2016

Edward B. Geller, Esq., P.C. by

_____

Edward B. Geller, Esq.

Attorney for Plaintiff